UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAQUAVIS DESHAWN MARTIN,

    Petitioner,

v.                                     CASE NO. 2-18-CV-13964
                                       HONORABLE LINDA V. PARKER

ADAM DOUGLAS,

    Respondent.
_____/

## ORDER DENYING WITHOUT PREJUDICE PETITIONER'S MOTION FOR HABEAS RELIEF AND RELEASE FROM CUSTODY [ECF NO. 31]

Michigan prisoner Daquavis Deshawn Martin ("Petitioner") filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In his habeas petition, as supplemented, he raises claims concerning the sufficiency of the evidence, the conduct of the prosecutor, the effectiveness of trial counsel, the pre-trial identification procedures, and the trial court's denial of discovery requests. Respondent has filed an answer to the habeas petition contending that it should be denied.

The matter is before the Court on Petitioner's "Motion Requesting this Court to Grant Petitioner's Habeas Corpus and Release Him from Custody" in which he essentially seeks relief on his claims. The Court, however, has yet to review the

pleadings and the state court record in detail. Accordingly, the Court denies without prejudice the motion. The Court shall address Petitioner's habeas claims in due course upon further review of the case and shall issue an opinion and judgment. No further motions are necessary.

**IT IS SO ORDERED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: April 5, 2024

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, April 5, 2024, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager